## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | National Master Automobile Transporters Agreement for the period of June 1, 2008 through May 31, 2011 |
| B | Letter to Kevin Moore of IBT Local 299 from Robert Hutchison of Allied Automotive Group dated November 3, 2009 |
| C | Letter to Fred Zuckerman of IBT from Robert Hutchison of Allied Automotive Group dated November 2, 2009 |
| D | Letter to Robert Hutchison of Allied Automotive Group from Fred Zuckerman of IBT dated November 3, 2009 |
| E | Letter to Robert Hutchison of Allied Automotive Group from Kevin Moore of IBT Local 299 dated November 4, 2009 |
| F | Letter to Kevin Moore of IBT Local 299 from Robert Hutchison of Allied Automotive Group dated November 4, 2009 |