November 3, 2009

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND BY FACSIMILE (313) 965-0301

Kevin D. Moore
President
Teamsters Local 299
2741 Trumbull Avenue
Detroit, MI 48216

    Re: Picketing at Chrysler Dodge City Facility – 20740 Mound Road, Warren, Michigan

Dear Mr. Moore:

    At 6:00 a.m. on Monday, November 2, 2009, Teamsters Local 299, which allegedly has a labor dispute with Vascor, Ltd. in Warren, Michigan, established a picket line at 20740 Mound Road, Warren, Michigan, 48091, which is the Vascor gate to a vehicle shifting yard for the Chrysler Dodge City facility. As you are aware, Allied Systems, Ltd. ("Allied") transports vehicles in and out of the Dodge City vehicle shifting yard through its own clearly marked gate located approximately ½ mile away at 21500 Mound Road. Since the picketing commenced on November 2, Allied drivers represented by Teamsters Local 299 have refused to enter the Allied gate located at 21500 Mound Road based upon the picketing at the Vascor gate. Allied has no affiliation with Vascor, Ltd.. Further, to our knowledge, Teamsters Local 299 does not have or claim to have any labor dispute with Allied or Chrysler Corporation, whose vehicles are transported by Allied. Allied is a neutral employer and should not be impacted in any way by Local 299's alleged dispute with Vascor, Ltd..

    Accordingly, Teamsters Local 299 is hereby placed on notice that Allied will hold Teamsters Local 299 liable for any and all damages sustained by the Company due to the disruption of its business. In addition, this work interruption constitutes an unfair labor practice under applicable federal laws. Furthermore, the Company will seek any injunctive relief available under applicable state or federal laws.

    If you have any questions regarding the above subject matter, please contact me at your earliest convenience.

                      Very truly yours,
                      ALLIED SYSTEMS, LTD.

cc: Fred Zuckerman
    James D. Osmer, NATLD

100 W. Big Beaver Road, Suite 200, Troy, Michigan 48084   Phone: 248-740-5590   Fax: 248-680-6699