November 2, 2009

HAND-DELIVERED and

CERTIFIED MAIL ( fill in certification no.)
RETURN RECEIPT REQUESTED
AND BY FACSIMILE

Mr. Fred Zuckerman
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D. C. 20001

Re: Picketing at Chrysler (Warren, Michigan) Plant Site

Dear Mr. Zuckerman:

On Monday, November 2, 2009, Teamsters Local 299 established a picket line at 20740 Mound Road, Warren, Michigan, 48091, which is the Vascor, Ltd. gate to a vehicle shifting yard for the Chrysler Dodge City facility. The reason asserted for this action is picketing in connection with an alleged labor dispute and/or area standards dispute existing between Teamsters Local 299 and Vascor, Ltd.. Allied Systems, Ltd. ("Allied") transports vehicles in and out of the Dodge City vehicle shifting yard through its own clearly marked gate located approximately ½ mile away at 21500 Mound Road. Since the picketing commenced on November 2, Allied drivers represented by Teamsters Local 299 have refused to enter the Allied gate located at 21500 Mound Road based upon the picketing at the Vascor gate.

As you are aware, Allied Systems, Ltd. and Teamsters Local 299 are signatory and party to the National Master Automobile Transporters Agreement (National Agreement) and Central-Southern Area Supplemental Agreement. Article 7 of the National Agreement prohibits work stoppages, tie-ups of equipment, slow-downs, or walk-outs. It is Allied's position that the continued interruption to its operations at the Chrysler Warren, Michigan facility located at 21500 Mound Road constitutes a violation of the no-strike clause contained in Article 7 of the National Agreement. In addition, this work interruption constitutes an unfair labor practice under applicable federal labor laws. Local 299 has been placed on notice that Allied Systems, Ltd. will hold Teamsters Local 299 liable for any and all damages sustained by the Company due to the disruption of its operations. The Company will also seek any injunctive relief available under applicable state or federal laws. Furthermore, Allied Systems, Ltd. shall take disciplinary action up to and including discharge, for any employee engaged in any unauthorized work stoppage, slow-down, walk-out or cessation of work.

In accordance with Article 7, Section 2 of the National Master Automobile Transporters Agreement, Allied hereby requests that the International Brotherhood of Teamsters make every effort, as required under Article 7, Section 2 to cease any illegal work stoppage or picketing by Teamsters Local 299. In addition, pursuant to Article 7, Section 2, please advise Allied whether the actions by Teamsters Local 299 described above are authorized by the International Brotherhood of Teamsters.

If you have any questions regarding the above subject matter, please contact me at your convenience.

Very truly yours,
ALLIED SYSTEMS, LTD.

cc: James D. Osmer, NATLD
    Kenneth W. Zatkoff, NATLD    Kevin D. Moore, Local 299

100 W. Big Beaver Road, Suite 200, Troy, Michigan 48084   Phone: 248-740-5590  Fax: 248-680-6699