

KEVIN D. MOORE
President

# *Truck Drivers*
## LOCAL UNION No. 299
Affiliated with the
**International Brotherhood of Teamsters**

TERRY R. SELL
Secretary-Treasurer

HARRY MISHLONEY
Vice President

ROY R. GROSS
Recording Secretary

KENNETH T. KWAPISZ
Trustee

TOIALE JOHNSON
Trustee

TERRY L. HEWER
Trustee

November 4, 2009

*VIA Fax (248) 680-6699 and U.S. Mail*

Robert L. Hutchison, Senior Vice President
Allied Automotive Group
100 W. Big Beaver Road, Suite 200
Troy, MI 48084

    Re: **Chrysler Assembly Plant, Warren Michigan**

Dear Mr. Hutchison:

    This letter responds to the letters dated November 3, 2009 that you sent on behalf of Allied Automotive Group. No strike or work stoppage caused by Local 299 has occurred on November 2, 2009 or any other time arising out of any dispute between Teamsters Local Union No. 299 and signatory affiliates of Allied Automotive Group at the Warren, MI work site. As you point out in your November 3, 2009 letter, Teamsters Local Union No. 299 does have an active primary labor dispute involving area standards with separate employers named Vascor, Ltd., Adecco Services, VLS, Trans Tech, and other substandard employers. Therefore, there is no dispute between Local 299 and signatory affiliates of Allied Automotive Group arising under Article 7, Sections 1 and 2 of the NMATA.

    All such lawful conduct by Local 299's membership is protected by Section 7 of the National Labor Relations Act and constitutes a "primary labor dispute" between Local 299 and these substandard employers for purposes of Article 8, Section 1 of the NMATA. The picketing conducted on November 2, 2009 and thereafter at the Warren, MI work site constitutes a "primary picket line" under Article 8, Section 1 of the NMATA and complies with all provisions of the "Moore Dry Dock" rules in regard to Local 299's dispute with the primary employers Vascor, Ltd., Adecco Services, VLS, Trans Tech and other substandard employers engaged in normal activities at the Warren, MI work site.

    Local 299's action on November 2, 2009 **does not** violate the provisions of Article 7, Sections 1 and 2 of the NMATA, as alleged in your November 3rd letter. Although your letter claims Allied Systems, Ltd. transports vehicles in and out of the Warren, MI vehicle shifting

2741 Trumbull Avenue • Detroit, Michigan 48216 • (313) 965-8750 • Fax (313) 965-0301
ibtlocal299@sbcglobal.net
132

Robert L. Hutchison, Senior Vice President
Allied Automotive Group
RE:   Chrysler Assembly Plant, Warren Michigan
November 4, 2009
Page 2

yard through "its own clearly marked gate" located at 21500 Mound Road, that gate is regularly being utilized by the substandard employers, such as Trans Tech and VLS. It is our understanding that Allied does not maintain a purely separate gate at the Warren, MI work site. The normal activity of Vascor, Ltd. and Adecco Services is regularly being performed throughout the Warren, MI work site property. The Warren, MI work site is a "property involved in a primary labor dispute" and persons entering the property are required to "go through or work beyond" a primary picket line. Actions undertaken by any NMATA bargaining unit employees with regard to the Warren, MI work site are expressly authorized and protected by the provisions of Article 8, Section 1 of the NMATA.

If you have any questions regarding the above subject matter, please contact me at your earliest convenience.

Sincerely,

**Teamsters Local Union No. 299**

*Kevin D. Moore*

Kevin D. Moore
President

KDM/den