November 4, 2009

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND BY FACSIMILE (313) 965-0301
Kevin D. Moore
President
Teamsters Local 299
2741 Trumbull Avenue
Detroit, MI 48216

Re: Violations of Articles 7 and 8 of the National Master Automobile Transporters Agreement and Article 40 of the Central-Southern Supplement

Dear Mr. Moore:

On Monday, November 2, 2009, and continuing thereafter, Allied Systems drivers represented by Teamsters Local 299 have refused to cross the unauthorized and illegal picket line established by Teamsters Local 299 at the Chrysler Dodge City facility in Warren, Michigan. Accordingly, pursuant to Article 7, Section 2(a) of the National Agreement, Allied Systems requested that Teamsters Local 299 immediately make every effort to persuade Allied Systems' employees to commence the full performance of their duties and inform them that the work stoppage and/or picket line is unauthorized and in violation of the National Agreement.

On November 3, 2009, we placed Teamsters Local 299 on notice that it is the Company's position that given the unauthorized and illegal nature of the activity by Teamsters Local 299, that the refusal by Allied Systems drivers to perform their normal duties and/or cross the unauthorized picket line represents a violation of Article 8 of the National Agreement. Notwithstanding this notice, Teamsters Local 299 has refused to take any action to persuade Allied's employees to cease their work stoppage. Therefore, please consider this letter as a formal grievance under Articles 7 and 8 of the National Agreement. Copies of the correspondence are enclosed for your review.

In accordance with Article 8, Section 5 of the National Agreement, Allied Systems requests that this grievance be submitted directly to the National Joint Arbitration Committee within five (5) working days. Please contact me as soon as possible to schedule a local level hearing.

Please note that any Allied Systems driver refusing to cross the picket line will be subject to disciplinary action pursuant to Rule 3(f) of the Uniform Rules and Regulations set forth in Article 40 of the Central-Southern Supplemental Agreement.

Very truly yours,
ALLIED SYSTEMS, LTD.

cc: Fred Zuckerman, National Co-Chairperson
    James D. Osmer, National Co-Chairperson