UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allied Systems, Ltd. (L.P.)

        Plaintiff(s),                  Case No.

v.                                           Judge

International Brotherhood of Teamsters Local    Magistrate Judge
Union No. 299

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Allied Systems, Ltd. (L.P.)

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 5, 2009

_____
P34844
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, 5th Floor
Troy, MI 48084
(248) 362-1300
jlanyon@dflaw.com