IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIED SYSTEMS, LTD. (L.P.),
        Plaintiff,

v.                                 Case No. 2:09-cv-14365−PDB−MAR
                                    Hon. Paul D Borman, U.S.D.J.

TEAMSTERS, CHAUFFEURS,
WAREHOUSEMEN & HELPERS
LOCAL UNION No. 299,
KEVIN D. MOORE, et al.,
        Defendants.

## ATTORNEY APPEARANCE

    The undersigned attorney hereby enters his appearance as counsel for DEFENDANTS TEAMSTERS LOCAL 299 and KEVIN D. MOORE in the above entitled action.

    Dated this 5th day of November, 2009.

                                            /s/ *James F. Wallington*
                                            James F. Wallington
                                            BAPTISTE & WILDER, P.C.
                                            1150 Connecticut Avenue, N.W., Suite 500
                                            Washington, DC 20036
                                            Telephone: (202) 223-0723
                                            Fax: (202) 223-9677
                                            Email: jwallington@bapwild.com
                                            (D.C. Bar # 437309)

### Certificate of Service

    I hereby certify that on this 5th day of November, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Counsel for Plaintiff Janet E. Lanyon and Kenneth W. Zatkoff, Dean & Fulkerson, P.C., 801 W. Big Beaver Rd., Ste. 500, Troy, MI 48084.

                                            /s/ *James F. Wallington*