IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIED SYSTEMS, LTD. (L.P.),
        Plaintiff,

v.                                    Case No. 2:09-cv-14365−PDB−MAR
                                        Hon. Paul D Borman, U.S.D.J.

TEAMSTERS, CHAUFFEURS,
WAREHOUSEMEN & HELPERS
LOCAL UNION No. 299,
KEVIN D. MOORE, et al.,
        Defendants.

## ATTORNEY APPEARANCE

The undersigned attorney hereby enters his appearance as counsel for DEFENDANTS TEAMSTERS LOCAL 299 and KEVIN D. MOORE in the above entitled action. The undersigned attorney, pursuant to E.D. Mich. LR 83.20(f), shall also serve as local counsel for James F. Wallington, Defendants' out-of-state attorney in this case.

Dated this 6th day of November, 2009.

                                                     /s/ *Matthew Broderick*
                                                   Matthew Broderick (P47403)
                                                   30685 Barrington, Suite 130
                                                   Madison Heights, MI 48071
                                                   Telephone: 248-588-2297
                                                   Fax: 248-588-6075
                                                   Email: staff@jaffelaw.net

### Certificate of Service

I hereby certify that on this 6th day of November, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Counsel for Plaintiff Janet E. Lanyon and Kenneth W. Zatkoff, Dean & Fulkerson, P.C., 801 W. Big Beaver Rd., Ste. 500, Troy, MI 48084.

                                                   /s/ *Matthew Broderick*