UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allied Systems, Limited, LP,

        Plaintiff(s),

v.

Teamsters Local 299, et al.,

        Defendant(s).

Case No. 2:09-cv-14365-PDB-MAR
Hon. Paul D Borman

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Paul D Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion for TRO – #6
    Motion for Preliminary Injunction – #6

- MOTION HEARING: 11/9/09 at 10:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        By: s/ D. Goodine
            Case Manager

Dated: November 6, 2009